(March 9, 1982)

</div>

■ SHIRLEY MENKES, Petitioner, v STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents. — Order, State Human Rights Appeal Board, dated February 19, 1981, unanimously confirmed, and the petition dismissed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sandler, Lupiano, Bloom and Milonas, JJ.